

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00288-CV

| | | |
|---|---|---|
| LIVEABLE ARLINGTON, JADE COOK, AND GIBRAN FARAH ESPARZA, Appellants | § | On Appeal from the 236th District Court |
| v. | § | of Tarrant County (236-342886-23) |
| CITY OF ARLINGTON, RICHARD GERTSON, JIM ROSS, HELEN MOISE, RAUL H. GONZALEZ, NIKKIE HUNTER, ANDREW PIEL, REBECCA BOXALL, LONG PHAM, BOWIE HOGG, AND BARBARA ODOM-WESLEY, Appellees | § | May 30, 2024 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part.

We reverse the portion of the trial court's order that granted Appellees' plea to the jurisdiction on Appellants' TOMA-violation claims and dismissed those claims with prejudice, and we remand this case to the trial court for further proceedings on

the TOMA-violation claims only. We affirm the remainder of the trial court's order and its denial of Appellants' application for temporary injunction.

It is further ordered that Appellants and Appellees shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_
Justice Dabney Bassel